IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PHYSICIANS RELIANCE ASSOCIATION, INC., By and Through Its Chapter 7 Trustee, JAMES R. MARSHALL,

Plaintiff,

VS.

ALEXANDER ADAMS MCBURNEY, M.D.,

Defendant.

CASE NUMBER: 1:03-cv-3610-GET

GEORGIA, FULTON COUNTY
FOR VALUE RECEIVED, WITHOUT RECOURSE, THE JUDGMENT SET FORTH HEREON IS SOLD, ASSIGNED, TRANSFERRED, AND CONVEYED TO AND OWNED BY JERRY L. SEWELL, 1195 BRIARCLIFF PLACE, N.E., ATLANTA, GA 30306-4833 PURSUANT TO AN ORDER OF THE HONORABLE LEWIS MASSEY, JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF GEORGIA DATED NOVEMBER 14, 2003. THIS 18th DAY OF FEBRUARY, 2004. JAMES P. MARSHALL, TRUSTEE ATTEST:

NOTARY PUBLIC, MY COMMISSION EXPIRES:
CLAYTON COUNTY, GEORGIA APRIL 21, 2005

## JUDGMENT

This action having come before the court, Honorable G. Ernest Tidwell, United Stated District Judge, for consideration of the Bankruptcy Court's findings and recommendations, and the court having adopted said recommendations, it is

**Ordered and Adjudged** that judgment is entered in favor of the plaintiff, Physicians Reliance Association, Inc, by and through its Chapter 7 Trustee, James R. Marshal, and against ALEXANDER ADAMS MCBURNEY, M.D. in the principal amount of $4,000.00, together with pre-judgment interest in the amount of $884.72, and post-judgment interest on the principal sum at the legal rate of $1.22% per annum, together with costs of $72.88.

Dated at Atlanta, Georgia, this 4th day of February 2004.

LUTHER D. THOMAS
CLERK OF COURT

By: B. McConnell
Deputy Clerk

Prepared, Filed, and Entered
In the Clerk's Office
February 4, 2004
Luther D. Thomas
Clerk of Court

By: B. McConnell
Deputy Clerk

ATTEST: A TRUE COPY
CERTIFIED THIS

FEB 0 6 2004

Luther D. Thomas, Clerk
By:
Deputy Clerk